United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-11278-jkf
Noris M. Flores                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia         Page 1 of 4           Date Rcvd: Jan 11, 2018
                          Form ID: pdf900        Total Noticed: 101

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db          +Noris M. Flores,    461 E. Ontario Street,    Philadelphia, PA 19134-1124
cr          +HSBC BANK USA,    Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,    Suite 100,
              Boca Raton, FL 33487-2853
13681292     Abington Memorial Hospital,    P.O. Box 786331,    Philadelphia, PA 19178-6331
13681293    +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
13681294    +Afni, Inc.,    Attn: Bankruptcy,    PO Box 3037,    Bloomington, IL 61702-3037
13681296    +Allied Interstate,    3000Corporate Exchange Drive,    5th Floor,    Columbus, Ohio 43231-7689
13773222     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
              Carol Stream, IL 60197-5008
13681298    +Americredit,    Po Box 181145,    Arlington, TX 76096-1145
13717293    +Assets Recovery 23, LLC,    c/o ClearSpring Loan Services,    18451 Dallas Parkway, Suite 100N,
              Dallas, TX 75287-5202
13681300    +Assets Recovery Solutions,    P.O. Box 1022,    Philadelphia, PA 19105
13681301     Associated Credit Services, Inc.,    P.O. Box 5171,    Westborough, MA 01581-5171
13681302     Berger Henry Ent Specialty Group, P.C.,    60 West Germantown Pike,    Norristown, PA 19401-1565
13681303    +Budget Rent A Car System, Inc.,    300 Centre Point Drive,    Virginia Beach, VA 23462-4415
13681306    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    PO Box 30285,
              Salt Lake City, UT 84130-0285
13681308     Citibank, N.A.,    100 Citibank Drive,    Philadelphia, PA 19140
13681309    +City Ntl Bk/Ocwen Loan Service,    Attn: Bankruptcy,    1661 Worthington Rd. Suite 100,
              West Palm Beach, FL 33409-6493
13681315     City of Philadelphia-water dept.,    Lockbox #8342,    P.O. Box 8500,
              Philadelphia, PA 19178-8342
13681316    +ClearSpring,    PO Box 4869,    Houston, TX 77210-4869
13681318    +Commonwealth of PA,    Dept. Of Transportation,    Bureau of Driver Licensing,
              Harrisburg, PA 17123-0001
13681320    +Deerpark Direct,    #215 6661 Dixie Hwy, Suite 4,    Louisville, KY 40258-3950
13681321     Diversified Consultants, Inc.,    P.O. Box 1391,    Southgate, MI  48195-0391
13681322    +Drexel University Physicians,    P.O. Box 95000-1030,    Philadelphia, PA 19195-0001
13681326    +ER Solutions,    PO Box 9004,    Renton, WA 98057-9004
13681328    +ERS Solutions, Inc.,    10750 Hammerly Blvd #200,    Houston, TX 77043-2317
13681327    +ERS Solutions, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
13681323    +Endocrine Specialists, P.C.,    2300 Computer road, Ste H39,    Willow Grove, PA 19090-1740
13681325    +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13681329    +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13760636    +FEMA-OCC,    Ms. Margaret Ramos,    500 C. Street, SW, Suite 840,    Washington, DC 20472-3198
13681330    +Frederic Weinberg, Esquire,    Gordon & Weinberg,    21 S. 21st Street,
              Philadelphia, PA 19103-3148
13681331    +Goldbeck, McCafferty and McKeever,    Mellon Center-Suite 5000,    701 Market Street,
              Philadelphia, PA 19106-1538
13681332     Grimley Financial Corporation,    30 Washington Ave., Suite C-6,    Haddonfield, NJ 08033-3341
13685465    +HSBC Bank USA, N.A,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE., SUITE 100,
              BOCA RATON, FL 33487-2853
13773498     HSBC Bank USA, N.A., as Trustee,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
              P.O. Box 24605,    West Palm Beach, FL 33416-4605
13681335     HSBC Mortgage Corporation (USA),    Bankruptcy Department,    P.O. Box 2118,
              Eagan, MN 55121-4201
13681334    +Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
              Buffalo Grove, IL 60089-1970
13681338    +Ic Systems Inc,    PO Box 64378,    St. Paul, MN 55164-0378
13681339    +Intl Coll Sv,    PO Box 2842,    Tampa, FL 33601-2842
13681340    +KML Law Group,    701 Maeket Street,    Suite 5000,    Philadelphia, PA 19106-1541
13681341    +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
13681347    +MRS Associates,    1930 Olney Ave.,    Cherry Hill NJ 08003-2016
13681345    +Mattleman, Weinroth and Miller,    401 Route 70 East,    Suite 100,    Cherry Hill, NJ 08034-2410
13681349    +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13681350     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
13681352     PA. Housing Finance Authority,    211 N Front Street,    Harrisburg, PA 17101-1406,
              Attn: John Goryl, Esquire
13681354    +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13706228    +Pennsylvania Department of Transportation,    PO box 8212,    Harrisburg PA 17105-8212
13681355     Pro CO,    PO BOX 2462,    Aston PA 19014-0462
13681356     Progressive,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
13681357     Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 452740775
13681360     SPS,    MC240,    3815 SouthWest Temple,    Salt Lake City, UT 84115
13681359    +Slomin's,    125 Lauman Lane,    PO Box 886,    Hicksville, NY 11802-0886
13681361    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
13681362    +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,
              Minneapolis, MN 55440-9475
13681363    +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
13681364    +Temple Univ. Physicians,    PO BOX 827783,    Philadelphia PA 19182-7783
13681365     Temple University,    Broad & Ontarion Street,    Philadelphia, PA 19140,    Attn: Tuh Cashier
```

```
District/off: 0313-2          User: Virginia               Page 2 of 4                  Date Rcvd: Jan 11, 2018
                              Form ID: pdf900              Total Noticed: 101


13681366       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13681368       +U. S. of Education,    PO box 530260,    Atlanta, GA 30353-0260
13772512        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
13681369        Verizon,    PO Box 1548,    Lynnwood, WA 98046-1548
13798211        eCAST Settlement Corporation,    PO Box 35480,    Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2018 03:03:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44      City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2018 03:04:24      Orion,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13681295       +E-mail/Text: EBNProcessing@afni.com Jan 12 2018 03:03:27      AFNI, Inc.,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
13681297       +E-mail/Text: bankruptcy@acacceptance.com Jan 12 2018 03:03:22      American Credit Accept,
                 961 E Main St,    Spartanburg, SC 29302-2185
13692041        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2018 03:04:09
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK 73124-8848
13750397        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2018 03:04:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13681299       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 12 2018 03:03:21      Asset Acceptance Llc,
                 Attn: Bankruptcy,    PO Box 2036,    Warren, MI 48090-2036
13681304        E-mail/Text: RA-BCSEBKN@state.pa.us Jan 12 2018 03:02:22
                 Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
13681305       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 12 2018 03:03:54      C.C.S.,
                 Payment Processing Center,    P.O. Box 55126,    Boston, MA 02205-5126
13681312        E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13681313        E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13681314        E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44      City of Philadelphia Law Dept.,
                 Attn: Bkcy. Dept.,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
13771165       +E-mail/Text: bankruptcy@phila.gov Jan 12 2018 03:03:44
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13748441       +E-mail/Text: ecf@ccpclaw.com Jan 12 2018 03:02:21      Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13681307       +E-mail/Text: ecf@ccpclaw.com Jan 12 2018 03:02:22      Cibik and Cataldo, P.C.,
                 225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
13681311       +E-mail/Text: equiles@philapark.org Jan 12 2018 03:03:52      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
13681310       +E-mail/Text: equiles@philapark.org Jan 12 2018 03:03:51      City of Philadelphia,
                 Office of the Deputy Director,    of Finance for Adjudication,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13681317        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2018 03:03:18      Commonwealth of PA,
                 Dept. of Revenue,    Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
13681319       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 12 2018 03:03:54
                 Credit Collections Srv.,    PO Box 9134,    Needham, MA 02494-9134
13681324       +E-mail/Text: bknotice@erccollections.com Jan 12 2018 03:03:25      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13681336        E-mail/Text: cio.bncmail@irs.gov Jan 12 2018 03:03:02      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13681342       +E-mail/Text: equiles@philapark.org Jan 12 2018 03:03:52      LDC Collection Systems,
                 P.O. Box 41819,    Philadelphia, PA 19101-1819
13681343       +E-mail/Text: equiles@philapark.org Jan 12 2018 03:03:52      LDC Collection Systems,
                 on behalf of the City of Phila,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13681344       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2018 03:04:08      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
13681346       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 12 2018 03:03:22      Midland Credit Mgmt In,
                 8875 Aero Dr,    San Diego, CA 92123-2255
13681348       +E-mail/Text: egssupportservices@alorica.com Jan 12 2018 03:03:28      NCO Financial Systems,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
13707467        E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2018 03:04:08      Orion Portfolio Services LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
13703743       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2018 03:03:04      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: Virginia                Page 3 of 4                   Date Rcvd: Jan 11, 2018
                              Form ID: pdf900              Total Noticed: 101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13743374         E-mail/Text: blegal@phfa.org Jan 12 2018 03:03:24      PHFA/HEMAP,    211 NORTH FRONT ST,
                  PO BOX 8029,    HARRISBURG, PA 17105
13681351        +E-mail/Text: blegal@phfa.org Jan 12 2018 03:03:24      Pa Housing Finance Age,
                  2101 N. Front Stre,    Harrisburg, PA 17110-1086
13681353         E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2018 03:03:04       Peco Energy,
                  2301 Market Street # N 3-1,     Legal Department,    Philadelphia PA 19103-1338
13715388        +E-mail/Text: equiles@philapark.org Jan 12 2018 03:03:52      Philadelphia Parking Authority,
                  701 Market St. Suite 5400,     Philadelphia, PA 19106-2895
13686124         E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2018 03:04:24
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13716303         E-mail/Text: appebnmailbox@sprint.com Jan 12 2018 03:03:22       Sprint Corp.,
                  Attn Bankruptcy Dept,     PO Box 7949,   Overland Park KS 66207-0949
13778280         E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 03:03:56
                  U.S. Bank National Association, as trustee,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
13681370        +E-mail/Text: jennifer.chacon@spservicing.com Jan 12 2018 03:03:56
                  Wyrhsr Mtg/Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 39

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*           +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
cr*              eCAST Settlement Corporation,    P.O. Box 35480,    Newark, NJ 07193-5480
13681337*        I.R.S.,   Special Procedures Branch,    Insolvency Unit,    P.O. Box 12051,
                  Philadelphia, PA 19105-2051
13681333        ##Heart Gourp of Abington,    P.O. Box 10848,    Lancaster, PA 17605-0848
13681358        ##+RJM Acquistion LLC,    575 Underhill Blvd.,    Suite 224,   Syosset, NY 11791-3416
13681367        ##+Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1136
                                                                                 TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   ARC - ASSETS RECOVERY 23, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES P. SHAY    on behalf of Creditor   HSBC Bank USA, N.A., As Trustee et. al.
               james.shay@phelanhallinan.com
              JENNIE C. TSAI    on behalf of Creditor   HSBC Bank USA, N.A., As Trustee et. al.
               jennie.tsai@phelanhallinan.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor   HSBC Bank USA, N.A., As Trustee et. al.
               paeb@fedphe.com
              MARISSA M. O'CONNELL    on behalf of   CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT
               marissa.o'connell@phila.gov, James.Feighan@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor   ASSETS RECOVERY 23, LLC bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              MICHAEL A. CATALDO2    on behalf of Debtor Noris M. Flores ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
```

```
District/off: 0313-2           User: Virginia              Page 4 of 4                   Date Rcvd: Jan 11, 2018
                               Form ID: pdf900             Total Noticed: 101
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          MICHAEL A. CATALDO2    on behalf of Plaintiff Noris M. Flores ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Noris M. Flores ecf@ccpclaw.com,
           cibikmr70146@notify.bestcase.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    ARC - ASSETS RECOVERY 23, LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    ASSETS RECOVERY 23, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

NORIS M. FLORES
                                          : Bankruptcy No. 16-11278JKF
        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: January 11, 2018**                  _____
                                            Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CIBIK & CATALDO PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA PA 19102-

NORIS M. FLORES
461 N ONTARIO STREET
PHILADELPHIA,PA.19134-