**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  NORIS M. FLORES                    §         Case No. P:16-bk-11278
                                           §
                                           §
           Debtor(s)                       §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

FREDERICK L REIGLE, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 02/26/2016.

2) The plan was confirmed on 11/02/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 03/22/2017.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on  08/08/2016, 01/18/2017, 08/15/2017, 12/11/2017.

5) The case was dismissed on 01/11/2018.

6) Number of months from filing or conversion to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $41,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 7,200.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 7,200.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 668.80 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,168.80 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN CREDIT ACCEPTANCE | Sec | 6,561.00 | 16,766.63 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 0.00 | 313.87 | 313.87 | 0.00 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Sec | 21,202.00 | 5,925.04 | 0.00 | 0.00 | 0.00 |
| UNITED STATES TREASURY (IRS) | Pri | 2,986.00 | 3,430.95 | 3,430.95 | 2,045.49 | 0.00 |
| PECO ENERGY COMPANY | Uns | 0.00 | 3,144.02 | 3,144.02 | 0.00 | 0.00 |
| PENNSYLVANIA DEPT OF | Pri | 0.00 | 1,653.37 | 1,653.37 | 985.71 | 0.00 |
| ORION | Uns | 0.00 | 50.46 | 50.46 | 0.00 | 0.00 |
| PHILADELPHIA PARKING | Uns | 0.00 | 7,844.35 | 7,844.35 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 907.94 | 907.94 | 0.00 | 0.00 |
| PHFA-HEMAP | Uns | 11,000.00 | 8,537.25 | 8,537.25 | 0.00 | 0.00 |
| ORION | Uns | 0.00 | 405.49 | 405.49 | 0.00 | 0.00 |
| CIBIK & CATALDO PC | Lgl | 0.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 0.00 | 1,734.77 | 1,734.77 | 0.00 | 0.00 |
| FEMA-OFFICE OF CHIEF COUNSEL | Uns | 0.00 | 10,083.68 | 10,083.68 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 0.00 | 24,585.63 | 24,585.63 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 241.54 | 651.81 | 651.81 | 0.00 | 0.00 |
| OCWEN LOAN SERVICING, LLC | Sec | 55,000.00 | 55,543.41 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Sec | 62,000.00 | 57,830.79 | 5,731.51 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 135.00 | 135.00 | 0.00 | 0.00 |
| SLOMINS | Sec | 2,356.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH OF PA | Pri | 127.54 | NA | NA | 0.00 | 0.00 |
| ACS INC | Uns | 903.00 | NA | NA | 0.00 | 0.00 |
| AFNI, INC. | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 433.60 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT | Uns | 23,352.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 1,873.00 | NA | NA | 0.00 | 0.00 |
| ASSETS RECOVERY SOLUTIONS | Uns | 507.85 | NA | NA | 0.00 | 0.00 |
| CLEARSPRING LOAN SERVICES INC | Sec | 0.00 | 63,628.99 | 3,252.12 | 0.00 | 0.00 |
| ASSOCIATED CREDIT SERVICES | Uns | 180.96 | NA | NA | 0.00 | 0.00 |
| BERGER HENRY ENT SPECIALTY | Uns | 368.10 | NA | NA | 0.00 | 0.00 |
| BUDGET RENT-A-CAR SYSTEM INC | Uns | 570.46 | NA | NA | 0.00 | 0.00 |
| CCS | Uns | 101.94 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 824.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA. | Uns | 233.43 | NA | NA | 0.00 | 0.00 |
| CITY OF PHILADELPHIA | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS SRV | Uns | 214.00 | NA | NA | 0.00 | 0.00 |
| DEERPARK DIRECT | Uns | 147.36 | NA | NA | 0.00 | 0.00 |
| DREXEL UNIVERSITY PHYSICIANS | Uns | 289.80 | NA | NA | 0.00 | 0.00 |
| ENDOCRINE SPECIALISTS PC | Uns | 181.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 2,589.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 1,029.00 | NA | NA | 0.00 | 0.00 |
| ERS SOLUTIONS, INC. | Uns | 2,405.92 | NA | NA | 0.00 | 0.00 |
| HEART GROUP OF ABINGTON | Uns | 71.98 | NA | NA | 0.00 | 0.00 |
| HILCO RECEIVABLES | Uns | 3,183.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC. | Uns | 183.00 | NA | NA | 0.00 | 0.00 |
| INTL COLL SV | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| LAMONT HANLEY & ASSOCI | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| LDC COLLECTIONS SYSTEMS | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 9,505.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT IN | Uns | 2,429.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 703.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Uns | 3,183.46 | NA | NA | 0.00 | 0.00 |
| PGW | Uns | 304.84 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRO CO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE | Uns | 681.95 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 1,088.62 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 1,088.62 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 123.03 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 868.32 | NA | NA | 0.00 | 0.00 |
| TEMPLE UNIVERSITY | Uns | 212.00 | NA | NA | 0.00 | 0.00 |
| TEMPLE UNIVERSITY PHYSICIANS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 193.17 | 229.28 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 193.17 | 229.28 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 2,847.25 | 3,379.54 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 219.71 | 260.78 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 219.71 | 260.78 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 78.00 | 92.58 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 1,075.50 | 1,276.56 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 2,400.00 | 2,236.82 | 2,655.00 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 3,205.26 | 3,205.26 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 2,153.71 | 2,153.71 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 394.83 | 394.83 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 216.93 | 216.93 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 430.34 | 430.34 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 448.09 | 448.09 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 8,983.63 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 15,367.96 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 24,351.59 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,084.32 | $ 3,031.20 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,084.32 | $ 3,031.20 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 58,259.27 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,168.80 |
| Disbursements to Creditors | $ 3,031.20 |
| **TOTAL DISBURSEMENTS:** | $ 7,200.00 |

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  02/28/2018                    By:  /s/ Frederick L. Reigle, Esq.
                                                   STANDING CHAPTER 13 TRUSTEE

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.